## United States District Court for the Northern District of Illinois

Case Number: 08CV2578   Assigned/Issued By: J. N.

Judge Name: ANDERSEN   Designated Magistrate Judge: COX

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
                [ ] IFP       [ ] No Fee   [ ] Other _____
                [ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 4624002035

Date Payment Rec'd: 5-6-08   Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

_2_ Original and _2_ copies on _5-6-08_ as to _ALL DEFENDANTS_
                                (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05