**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

BRAD SMITH,
      vs
HECTOR MORALES, Star No. 5728
R. MARRELLA, Star No. 20344

08CV2578
JUDGE ANDERSEN
MAG. JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BRAD SMITH

FILED
JN 5-6-2008
MAY X 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)  JOHN W. WYATT | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ | |
| FIRM  JOHN W. WYATT | |
| STREET ADDRESS  835 E. 49th St., Suite 1 | |
| CITY/STATE/ZIP  Chicago, IL 60615 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  0619719 (IL) | TELEPHONE NUMBER  (773) 536-0570 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |