UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRAD SMITH, | ) | |
|         Plaintiff, | ) | Case No. 08 C 2578 |
| | ) | |
| v. | ) | Judge Andersen |
| | ) | |
| HECTOR MORALES, Star No. 5728, | ) | Magistrate Judge Cox |
| R. MARRELLA, Star No. 20344, | ) | |
| | ) | Jury Demand |
|         Defendants. | ) | |

**DEFENDANTS AGREED MOTION TO EXTEND TIME
IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendants Officer Hector Morales and Detective Russell Marrella, by their attorney, Sanjay H. Patel, Assistant Corporation Counsel of the City of Chicago, respectfully request this Honorable Court for an extension of time, up to and including July 18, 2008, in which to answer or otherwise plead to Plaintiff's Complaint. In support of this motion, Defendants state as follows:

(1) The undersigned counsel filed his Appearance for Defendants on June 13, 2008.

(2) This matter was filed on May 6, 2008. Summons and Complaint have been personally served upon Defendants.

(3) The undersigned learned on June 12, 2008 that Defendants were personally served; and has not yet been able to interview the police personnel necessary to answer or otherwise plead to Plaintiff's Complaint.

(4) The undersigned also has ordered, but not yet received, all of the Chicago Police Department records to enable Defendants to properly respond to Plaintiff's Complaint

(5) This motion is Defendants first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues, nor will

it prejudice the plaintiff.

(6) The undersigned counsel has spoken with plaintiff's counsel about this motion, and he agrees with its terms.

**WHEREFORE**, Defendants requests that this Court to grant his motion for an extension of time to and including July 18, 2008, to answer or otherwise plead to the complaint.

    Respectfully submitted,

    /s/ **Sanjay Patel**
    SANJAY H. PATEL
    Assistant Corporation Counsel
    Attorney for Defendant Officers
    30 NORTH LA SALLE ST., SUITE 1400
    CHICAGO, ILLINOIS 60602
    (312) 742-3902