UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRAD SMITH, | ) | |
| Plaintiff, | ) | Case No. 08 C 2578 |
| | ) | |
| v. | ) | Judge Andersen |
| | ) | |
| HECTOR MORALES, Star No. 5728, | ) | Magistrate Judge Cox |
| R. MARRELLA, Star No. 20344, | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION AND CERTIFICATE OF SERVICE**

To:   John W. Wyatt
      835 E. 49th St.
      Suite 1W
      Chicago, IL 60615

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO ANSWER**.
   PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Andersen, or before such other Judge sitting in his place or stead, on **6-19-08 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 1403** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.
   I hereby certify that I have served this notice and attached document by causing it to be delivered via e-filing to the persons named above, "Filing Users" pursuant to the Case Management/Electronic Case files on 13 JUNE 08, in accordance with the rules on electronic filing of documents

                                       Respectfully submitted,
                                       /s/  SanjayPatel
                                       SANJAY H. PATEL
                                       Assistant Corporation Counsel
                                       30 N. LA SALLE ST., SUITE 1400
                                       CHICAGO, ILLINOIS  60602
                                       (312) 742-3902
                                       ATTORNEY NO. 06272840