**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Brad Smith

                    Plaintiff,

v.                                        Case No.: 1:08−cv−02578
                                                Honorable Wayne R. Andersen

Hector Morales, et al.

                    Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Susan E. Cox for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: July 15, 2008

                                                                       /s/ Wayne R. Andersen

                                                                   United States District Judge