UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRAD SMITH, | ) | |
| Plaintiff, | ) | Case No. 08 C 2578 |
| | ) | |
| v. | ) | Judge Andersen |
| | ) | |
| HECTOR MORALES, Star No. 5728, | ) | Magistrate Judge Cox |
| R. MARRELLA, Star No. 20344, | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   John W. Wyatt
      835 E. 49th St.
      Suite 1W
      Chicago, IL 60615

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND**.

I hereby certify that I have served this notice and attached document by causing it to be delivered via e-filing to the persons named above, "Filing Users" pursuant to the Case Management/Electronic Case files on 16 JULY 08, in accordance with the rules on electronic filing of documents

    Respectfully submitted,
    /s/ SanjayPatel
    SANJAY H. PATEL
    Assistant Corporation Counsel
    30 N. LA SALLE ST., SUITE 1400
    CHICAGO, ILLINOIS  60602
    (312) 742-3902
    ATTORNEY NO. 06272840