# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Brad Smith

                          Plaintiff,

v.                                           Case No.: 1:08−cv−02578
                                             Honorable Wayne R. Andersen

Hector Morales, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

        MINUTE entry before the Honorable Susan E. Cox: Initial status hearing set for
8/11/08 at 9:30 a.m. in Courtroom 1342. The parties are directed to review and to file an
initial status report by 8/7/08. The Order Setting Initial Status Report for Cases Assigned
to Judge Cox is available in chambers or through Judge Cox's web page at
www.ilnd.uscourts.gov. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.