UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Brad Smith

                    Plaintiff,

v.                                                            Case No.: 1:08−cv−02578
                                                                 Honorable Wayne R. Andersen

Hector Morales, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 11, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held 8/11/08. Fact discovery to close 12/12/08. The parties advised the Court they do not anticipate the need for expert discovery. The parties were advised to bring any discovery disputes to the Court's attention immediately. Status hearing set for 12/17/08 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.