

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRAD SMITH, | ) | Case No. 08C2578 |
|     Plaintiff, | ) | |
| | ) | JUDGE ANDERSON |
| v. | ) | |
| | ) | |
| HECTOR MORALES, STAR No. 5728 | ) | |
| R. MARRELLA, STAR No. 20344 | ) | MAGISTATE JUDGE COX |
|     Defendant(s) | ) | |

To:  Sanjay Patel
     Assistant Corporation Counsel
     Defendants' Attorney
     30 N. LaSalle St., Suite 1400
     Chicago, IL 60602

FILED
Aug 8- 2008
AUG - 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF FILING

Please take notice that Brad Smith, plaintiff, by his attorney, John W. Wyatt, filed a Joint Status Report with the Clerk of the United States District Court on August 08, 2008, a copy of which is hereby served upon you.

                                                       John W. Wyatt
                                                       Plaintiff's Attorney

### CERTIFICATE OF SERVICE

I, John W. Wyatt, an attorney, certified that I mailed a copy of the documents referred in the Motion of Filing to the addresses at the U.S. Postal Mail Box located at the

Daley Center, Chicago, IL 60602 on August 08, 2008, at 4:00p.m., with proper postage prepaid.

_____
John W. Wyatt

John W. Wyatt, No. 0619719
Plaintiff's Attorney
835 East 49TH St., Suite 1
Chicago, IL 60615
(773) 536-0570

**F I L E D**
Aug 8, 2008
AUG - 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRAD SMITH,<br>    Plaintiff, | Case No. 08C2578 |
| v. | JUDGE ANDERSON |
| HECTOR MORALES, STAR No. 5728<br>R. MARRELLA, STAR No. 20344<br>    Defendant(s) | MAGISTATE JUDGE COX |

## JOINT STATUS REPORT

Now comes Defendant, Brad Smith, plaintiff, by his attorney, John W. Wyatt, and Hector Morales and R. Marrella, defendants, by their attorney, Sanjay Patel, Assistant Corporation Counsel for the City of Chicago, Illinois, and file the following Joint Status Report in a referral case:

A. Summary of Claims

Plaintiff, claims that his Fourth Amendment rights were violated by defendants when he was arrested in his home without an arrest warrant. Plaintiff also claims that he was falsely arrested after and unduly suggestive identification. There are no counterclaims or third party claims.

B. Relief Sought by Plaintiff

Plaintiff is seeking general damages in the amount of $50,000.00 for the warrantless arrest in his home and for the 43 days he spend in the Cook County Jail. Plaintiff is seeking $15,000.00 for fees paid for legal representation in his arson case before the Circuit Court of Cook County, Illinois. Plaintiff believes he should be awarded

punitive dames in the amount of $100,000.00.

C. Matter Referred To Magistrate Judge

The Magistrate judge was assigned discovery and settlement matters.

D. Defendants have demanded a jury trail.

E. Settlement Discussions

Plaintiff has offered to settle this matter for $50,000.00. Before defendants can respond to plaintiff's offer, defendants will have to review the Cook County State's Attorney's documents regarding the arson case.

Respectfully submitted,

_____

John W. Wyatt, No. 06 9719
Plaintiff's Attorney
835 East 49TH St., Suite 1
Chicago, IL 60615
(773)-536-0570


_____

Sanjay Patel, No.06272840
Assistant Corporation Counsel
Defendants' Attorney
30 N. LaSalle St., Suite 1400
Chicago, IL 60602
(312) 742-3902